UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN SHELTON, | : | CIVIL ACTION NO. 3:CV-13-0059 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| A. JORDAN, et al., | : | |
| Respondents | : | |

FILED
SCRANTON
JAN 17 2014
PER_____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 17th DAY OF JANUARY, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED** as to Petitioner's Eighth Amendment claim regarding the imposition of a 27 day loss of good conduct time as a sanction for a level 200 offense.

2. Decision on the remaining claim of restoration of good conduct time remains in abeyance pending supplemental briefing by the parties.

3. Within twenty (20) days of the date of this Order, Respondents shall file a supplemental brief in accordance with the Memorandum.

4. Petitioner may file a supplemental response within twenty (20) days of the filing of Respondents' supplemental response.

5. Petitioner's outstanding motions, (Docs. 8, 15, and 18), are **DISMISSED** without prejudice to renewal

after the filing of the parties' supplemental briefs.

_____
**United States District Judge**